UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PETER CLARK, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | |
| CORNELL COMPANIES, INC., § | CIVIL ACTION NO. H-04-3121 |
| CORNELL COMPANIES, INC. d/b/a § | |
| REID COMMUNITY RESIDENTIAL § | |
| FACILITY, CORNELL COMPANIES, § | |
| INC. d/b/a REID COMMUNITY § | |
| CORRECTIONS CENTER, § | |
| § | |
| Defendants. § | |

## MEMORANDUM AND ORDER

Plaintiff's Motion to Seal the Full and Final Release and Indemnity Agreement (Doc. No. 47) and Motion to Seal the Examination Performed on Plaintiff by Defendant's Expert Witness (Doc. No. 49) are **GRANTED**. The items to be sealed are Attachment 1 to Docket Entry No. 44, and Docket Entry No. 32.

**IT IS SO ORDERED.**

**SIGNED** this 20th day of December, 2006.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL
FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY
EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT